## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUTCH-KAVITZ, INC., et al., | |
| Plaintiffs | CIVIL ACTION NO.3:14-CV-00159 |
| v. | |
| MAR-PAUL COMPANY INCORPORATED, et al., | (MEHALCHICK, M.J.) |
| Defendants | |

### **ORDER**

AND NOW, this 1st day of December, 2015, in accordance with the accompanying Findings of Fact and Conclusions of Law, the Clerk is directed to enter judgment in favor of the Defendant, Mar-Paul Company Incorporated.

IT IS FURTHER ORDERED that Plaintiff is to remit to Defendant, within ninety (90) days from the date of this Order, seventeen thousand, four hundred and twenty nine dollars and seventy three cents (**$17,429.73**). An award of attorney's fees will be addressed in a separate Order.

**Dated:** December 1, 2015

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**